IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL GORDON, d/b/a JOEL GORDON PHOTOGRAPHY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOUGHTON MIFFLIN HARCOURT PUBLISHING CO. | : | NO. 14-4703 |

### ORDER

**AND NOW**, this 23rd day of June, 2015, upon consideration of Defendant's Motion to Transfer Venue (ECF No. 7), Plaintiff's Response in Opposition (ECF No. 10), Defendant's Reply in Support (ECF No. 11), and the related oral argument (ECF No. 16), it is hereby **ORDERED** that Defendant's Motion to Transfer Venue (**ECF No. 7**) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case will be **TRANSFERRED** to the United States District Court for the Southern District of New York, and the Clerk of the Court for the Eastern District of Pennsylvania is **ORDERED** to effectuate the transfer.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE